ACCEPTED
12-15-00109-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/15/2015 9:07:50 AM
Pam Estes
CLERK

## NO. 12-15-00109-CR

| | | | |
|---|---|---|---|
| STATE OF TEXAS | § | IN THE | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | |
| VS. | § | 12th COURT | 9/15/2015 9:07:50 AM |
| | § | | PAM ESTES<br>Clerk |
| LEOPOLDO TOVAR | § | OF APPEALS | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Leopoldo Tovar, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 3rd Judicial District Court of Anderson County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Leopoldo Tovar, and numbered 30489.

3. Appellant had a motion to revoke granted by the trial court.

4. Appellant was assessed a sentence of 10 years on April 13, 2105.

5. Notice of appeal was given on April 14, 2015.

6. The clerk's record was filed on timely; the reporter's record was filed on August 9, 2015.

7. The appellate brief is presently due on September 9, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. October 15, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently ncarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

A. This court entered an order abating the appeal pending submission by the trial court of findings of fact or a submission of issuance of notice of right to appeal by Appellant. Counsel was under the impression that this order further abated the submission of any brief. The trial court required counsel to prepare and obtain an executed notice of appeal from Appellant, who is incarcerated.

B. Counsel was engaged in a first degree felony jury trial here in Anderson County, which required substantial preparation time, and entailed a full week trial ending last week on the 10th. Counsel is a sole practitioner and is unable to provide the brief outside of the time requested herein.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

STEPHEN EVANS
1000 North Church
Palestine, Texas 75801
Tel: (903) 723-3334
Fax: (903) 723-0124

/s/ *Stephen Evans*

By:_____
     Stephen Evans
     State Bar No. 06717580
     sevanslaw@aol.com
     Attorney for Leopoldo Tovar

## CERTIFICATE OF SERVICE

This is to certify that on September 15, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by electronic service through the Electronic Filing Manager.

/s/ *Stephen Evans*

_____
Stephen Evans

STATE OF TEXAS        §
                                     §

COUNTY OF ANDERSON     §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Stephen Evans, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Stephen Evans
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on September 15, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas